UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6307 CAS (AJWx) | Date | July 31, 2009 |
|---|---|---|---|
| Title | BEN BAILEY ET AL V. US BANK NATIONAL ASSOCIATION ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) - ORDER TO SHOW CAUSE**

On February 18, 2009 and April 2, 2009, three (3) pieces of mail were returned to the Court undeliverable, indicating that the addressee has moved, left no new address, and that the U.S. Postal Service is unable to forward. The Court has tried to contact the plaintiff at the telephone number on file and notes the number is disconnected.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 17, 2009** why this action should not be dismissed for lack of prosecution and updating the Court with a current address**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     Notice of Change of Address and telephone number

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |